# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| BEULAH BESTEDER, | ) | |
| Plaintiff, | ) | |
| V. | ) | Case Number: 7:15-cv-01624-JHE |
| CHATHAM ENTERPRISES, LLC, | ) | |
| Defendant. | ) | |

## ORDER DISMISSING CASE

A notice of dismissal having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED with prejudice**, costs taxed as paid.

**DONE** and **ORDERED** this 30th day of December 2015.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE